**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JOSHUA JAMES THOMPSON,

            Petitioner,

v.

MICHAEL FILDES,

            Respondent.

Case No. 26-cv-1994 (LMP/DTS)

**ORDER ADOPTING**
**REPORT AND**
**RECOMMENDATION**

---

This matter is before the Court on the May 4, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz, which recommends denying the petition for a writ of habeas corpus. ECF No. 3. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

**ORDER**

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

    1.    The R&R (ECF No. 3) is **ADOPTED IN FULL**;

    2.    The petition for a writ of habeas corpus (ECF No. 1) is **DENIED**;

    3.    The Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) is **DENIED as moot**; and

4. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 3, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge